Kevin Keaney, OSB #87271
E-mail:        k.keaney@comcast.net
700 NE Multnomah Street, Suite 1155
Portland, Oregon 97232
Telephone: (503) 232-9280
Facsimile: (503) 232-1099

Attorney for Plaintiffs

FILED '05 OCT 14 14:58USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

LAURIE SELLARS, ROSE
TROUTMAN, BETTY HUNT,
GARY PARKS, RONNY
BLANCHARD, EVELYN BONNEY,
DENNIS J. BROWN, STEVE
CHARBONNEAU, RANDEL M.
COFFIN, WILLIAM J. CUDDY,
STEVE DUMONT, DOUGLAS
EDWARDS, PHIL D. EVANS,
CHARLOTTE V. FREELAND,
BRIAN HANCOCK, DAWN L.
HENDERSON, CHRIS HILTON,
STEVE HOPMAN, GREG M.
HUHMAN, JEFF P. IRVIN,
ROBERT JACKSON, MARION J.
JAMESON, JAMES R. JENNINGS,
KEITH KIMBERLIN, TIM
KNUTSON, KEVIN LOSCHIAVO,
NICK LOSCHIAVO, ERIC LOWE,
LAURA MARCHANT, DANIEL W.
MARTIN, KAHRI N. MYERS,
MELVIN M. MYERS, RON J.
O'DELL, KUM JA PARK, KERRY
L. PARR, DANA K. PRICE,
SOLOMON K. ROBINSON, TOM B.
SCHROEDER, ALLEN
SIMONEAUX, ELAINE SKINNER,
GREGORY SMITH, JOAN SMITH,
ALTA THOMPSON, KEITH
TOWE, JENNIFER SMITHKEN
WAITE, JACQUELINE L.
WEHAGE, JIM A. WEISS,
RUSSELL WILLIAMS, CHRIS
ANDREWS, JOSEPH ATKERSON,
AARON BAKER, GREGORY
BATES, DYRL BLACK, GREGORY
CAVENER, LISA CAVENER,
NATHAN CHAMBERS, JEFF

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:05-CV-1013-HA

SECOND AMENDED
COMPLAINT AND DEMAND FOR
JURY TRIAL

(Unpaid Wages)

Page 1 –COMPLAINT AND JURY DEMAND

CLAY, EARL COX, WESLEY
DEMOSS, SCOTT DIGMAN,
BRIAN EARLL, RICHARD ESSY,
NANCY GRAVES, STEVE
GRAVES, ROBERT HESS,
RANDALL HOOD, STEVE
LITTLETON, JOHN LOWE, DAVE
MOREAU, LORRAINE MORRIS,
DAVID MUNROE, KRISTOPHER
NEWTON, BILL SELLARS,
COREY SHOWALTER,
CHRISTIAN SLATER, BARBARA
STADSTAD, JEROME STEWART,
KURT TAYLOR, MICHELLE
TORRES, THOMAS WADOLFF,
JAMES WALLINGTON,

           **Plaintiffs,**

    **Vs.**

SAFEWAY, INC.,

           **Defendant.**

_____

Plaintiff alleges:

## GENERAL ALLEGATIONS

### 1.

This case has been brought for unpaid wages owed by defendant to plaintiffs.

### 2.

Defendant has removed this case from state court to this Court on the basis that the Court has federal-question jurisdiction. Venue would be proper because all acts complained of occurred in the District of Oregon.

Kevin Keaney PC
700 NE Multnomah Street, Suite 1155

3.

Plaintiffs are employed by, or were employed by, defendant at the Clackamas Bread Plant in Clackamas, Oregon.

4.

Defendant is a Delaware corporation authorized to do business in this state.

5.

During plaintiffs' employment with defendant, defendant has failed or failed to pay plaintiffs for the time they have spent or spent changing into laundered work uniforms and work shoes after arriving at the plant, as has been or was required of plaintiffs by defendant under its personnel policies and procedures.

6.

Plaintiffs have demanded that defendant pay for the time spent in defendant's service, as set forth in the preceding paragraph, but defendant has refused to do so.

**CLAIM FOR RELIEF**

**(ORS Chapter 652)**

7.

Defendant is liable to plaintiffs, and each of them, for unpaid wages and overtime in amounts to be determined at trial.

Kevin Keaney PC
700 NE Multnomah Street, Suite 1155

8.

Defendant is liable for a penalty, where appropriate, under ORS 652.150 and for reasonable attorney fees and costs under ORS 652.200(2).

Plaintiffs demand trial by jury.

WHEREFORE, plaintiff prays for judgment as set forth above.

Dated this 14th day of October 2005.

KEVIN KEANEY PC

Kevin Keaney, OSB No. 87271

700 NE Multnomah Street
Suite 1155
Portland, Oregon 97232

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I certify I served a true and accurate copy of the attached document on

the following by regular USPS mail on October 14, 2005:

Rebecca Dean
Preston Gates & Ellis
925 Fourth Avenue, Ste 2900
Seattle, Washington 98104

_____
Kevin Keaney